UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| DONN RICHARDSON, | No. CV 16-02255-JFW (DFM) |
|---|---|
| Petitioner, | Order Accepting Amended Report and Recommendation of United States Magistrate Judge |
| v. | |
| W.L. MONTGOMERY, Warden, | |
| Respondent. | |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Amended Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Amended Report and Recommendation to which objections have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

///
///
///
///

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition.

Dated: March 23, 2018

_____
JOHN F. WALTER
United States District Judge