JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DONN RICHARDSON, | No. CV 16-02255-JFW (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| W.L. MONTGOMERY, Warden, | |
| Respondent. | |

Under the Court's Order Accepting the Amended Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action dismissed with prejudice.

Dated: March 23, 2018

_____
JOHN F. WALTER
United States District Judge